STATE OF NEW JERSEY v. MICHAEL SQUICCIARINI.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD S. TUCKER.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS NICKLOW.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS BARBELLA.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER STEWART.

April 10, 1984.

Petition for certification denied.